PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
     Office of the General Counsel
     Social Security Administration
     6401 Security Boulevard
     Baltimore, MD 21235
     Telephone: (877) 833-2445
     E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK ALLEN HOWELL,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:23-cv-00120-JDP<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from July 20, 2023 up to and including August 21, 2023.  This is the Defendant's first request for an extension.

    Defendant requests this extension in order to further consider the 1,170 page administrative record in light of the issues raised in Plaintiff's motion.  The undersigned has a number of competing deadlines in disability cases pending in this district, as well as in the Second Circuit Court of Appeals, the District of Oregon, the District of Connecticut, and the Eastern District of New York.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                              Respectfully submitted,

Dated: July 19, 2023     /s/ *Monica Perales*\*
                                      (*as authorized via e-mail on July 14, 2023)
                                      MONICA PERALES
                                      Attorney for Plaintiff

Dated: July 19, 2023     PHILLIP A. TALBERT
                                      United States Attorney
                                      MATHEW W. PILE
                                      Associate General Counsel
                                      Social Security Administration

                         By:     /s/ *Erin A. Jurrens*
                                      ERIN A. JURRENS
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 21, 2023, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   July 19, 2023

                                                JEREMY D. PETERSON
                                              UNITED STATES MAGISTRATE JUDGE